**No. 56508.**—Carolina Manufacturing Co. et al. *v.* United States, protests 164740-K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 56509.**—E. H. & A. C. Friedrichs Co. et al. *v.* United States, protests 177017-K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 27, 1952

**No. 56510.**—B. B. Dorf & Co., Inc. *v.* United States, protests 636102-G, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56511.**—A. W. Salter & Co., Inc. *v.* United States, protest 177718-K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 56512.**—Helene Malioufa *v.* United States, protest 177722-K (New York).

Opinion by JOHNSON J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.